# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN EUGENE LEPLEY,

    *Petitioner*,

vs.

TIMOTHY FILSON, *et al.*,

    *Respondents*.

3:17-cv-00693-HDM-VPC

ORDER

This habeas matter under 28 U.S.C. § 2254 comes before the Court on petitioner's motion (ECF No. 6) for an enlargement of time and motion (ECF No. 8) for a copy of his petition, following upon his December 11, 2017, filing of an application to file a second or successive (SOS) petition in the Court of Appeals. For good cause shown,

IT IS ORDERED that petitioner's motion (ECF No. 6) for an enlargement of time is GRANTED and that the time for petitioner to respond to the pending show-cause order (ECF No. 3) is extended without date. The Court will reset the response time and/or take other appropriate action following upon the Ninth Circuit's action on the SOS petition application, which often occurs within thirty days of the filing of the application.

IT FURTHER IS ORDERED that petitioner's motion (ECF No. 8) for a copy of the federal petition is GRANTED. In future, petitioner should include with his filings a second copy of the filing to be file-stamped by the Clerk and returned to him, which is referred to as a "conform copy."

IT FURTHER IS ORDERED that the Clerk of Court shall provide to the Court of Appeals, in a manner consistent with the Clerk's practice for such matters, notice of and/or

a copy of the petition (ECF No. 4), the show-cause order (ECF No. 3), and this order, in connection with *Lepley v. Filson*, No. 17-73296, in the Ninth Circuit.

The Clerk additionally shall SEND petitioner a copy of ECF No. 4 and reflect the transmission of the copy to petitioner on the docket in a manner consistent with the Clerk's practice for same.

DATED: January 2, 2018.

_____
HOWARD D. MCKIBBEN
United States District Judge